**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Robert Louis Armstrong,<br><br>    Plaintiff,<br><br>vs.<br><br>Maricopa County, et al.,<br><br>    Defendants. | No. CIV 05-1563-PHX-DKD<br><br>**ORDER** |

Upon stipulation of the parties and good cause appearing therefore,

IT IS HEREBY ORDERED that the 42 U.S.C. § 1983 claims set forth in Plaintiff's Complaint, Count VI against Defendants James Logan, Bruce E. Buck, and Joann P. Garcia are dismissed with prejudice, each party to bear their costs and attorneys fees incurred in prosecuting and defending the 42 U.S.C. § 1983 claims.

DATED this 21st day of December, 2005.

_____
David K. Duncan
United States Magistrate Judge