**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Robert Louis Armstrong,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Maricopa County, et al.,<br><br>　　　　　Defendants. | No.  CIV 05-1563-PHX-DKD<br><br>**ORDER** |

The parties having moved this Court through stipulation to extend the discovery pre-trial deadlines currently set in this matter by sixty (60) days and the same having been duly considered,

**IT IS ORDERED** granting the motion to extend the pre-trial discovery deadlines currently set in this matter and adopting the deadlines set forth in the Motion Upon Stipulation to Extend Discovery Deadlines.

DATED this 3rd day of March, 2006.

_____
David K. Duncan
United States Magistrate Judge