**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Robert Louis Armstrong,<br><br>            Plaintiff,<br><br>vs.<br><br>Maricopa County, et al.,<br><br>            Defendants. | No.  CIV 05-1563-PHX-DKD<br><br>**ORDER**<br><br>(Second Request) |

The parties having moved this Court through stipulation to extend the discovery deadlines currently set in this matter days and the same having been duly considered,

**IT IS ORDERED** granting the motion to extend the discovery deadlines currently set in this matter and adopting the deadlines set forth in the Motion Upon Stipulation to Extend Discovery Deadlines.

DATED this 12th day of May, 2006.

David K. Duncan
United States Magistrate Judge